703 A.2d 24

**Anthony J. BARNATOVICH and Josephine Barnatovich, his wife,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION; Hunt Engineers, Inc.; George E. Logue, Inc.; Cherry Township, Sullivan County, Pa.; Dale Fitzgerald, William Charnitski and Pat Tabor.**

**Appeal of COMMONWEALTH of Pennylvania, DEPARTMENT OF TRANSPORTATION (at No. 19).**

**Appeals of CHERRY TOWNSHIP, Dale Fitzgerald, William Charnitski and Pat Tabor (at No. 20).**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1997.

Decided Jan. 7, 1998.

William J. Cressler, Harrisburg, for PENDOT.

Allen E. Ertel, Williamsport, for J. Barnatovich.

David E. Heisler, Scranton, for Logue, Inc.

Jane M. Shields, Exton, for Cherry Tp. and Dale Fitzgerald et al.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.